**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**


| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 357 MAL 2023 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| RENALDO M. ROBICHAW, | : | |
| | : | |
| Petitioner | : | |


## ORDER


**PER CURIAM**

    **AND NOW**, this 17th day of January, 2024, the Petition for Allowance of Appeal is **DENIED**.

    Justice McCaffery did not participate in the consideration or decision of this matter.